**LOMURRO, MUNSON, LLC**
**Eric H. Lubin, Esq. ID #: 012442007**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
*Attorneys for Defendant Digital Safety Products, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> vs. <br><br> DIGITAL SAFETY PRODUCTS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Action No. 3:24-cv-04141 <br><br> **L.CIV.R.6.1(b) CLERK'S EXTENSION** |

Pursuant to Local Civil Rule 6.1(b), Defendant Digital Safety Products, LLC ("Defendant"), hereby applies for a Clerk's Order extending the time within which it may answer, move, or otherwise reply to the Complaint filed by Plaintiffs by fourteen (14) days and represent that:

1. No previous extension has been obtained in this removed matter;

1

2. This case was timely removed from the Superior Court of New Jersey, Middlesex County on March 25, 2024 (ECF No. 1); and

3. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's time to answer, move, or otherwise respond to the Complaint expires on April 1, 2024.

4. If granted, Defendant's deadline to file a responsive pleading will now be April 15, 2024.

                                  Respectfully submitted,
                                  LOMURRO, MUNSON, LLC
                                  Attorneys for Defendant
                                  Digital Safety Products, LLC

                            By:    *s/Eric H. Lubin, Esq.*
                                        Eric H. Lubin, Esq.

Dated: March 28, 2024

**LOMURRO, MUNSON, LLC**
**Eric H. Lubin, Esq. ID #: 012442007**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
***Attorneys for Defendant Digital Safety Products, LLC***

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DIGITAL SAFETY PRODUCTS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 3:24-cv-04141<br><br>**PROPOSED ORDER** |

The Application of Defendant Digital Safety Products, LLC, for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiffs' Complaint is GRANTED. The new time to answer, move or otherwise respond to the Complaint is extended by fourteen (14) days up to and including April 15, 2024.

ORDER WILLIAM T. WALSH, Clerk By: _____

Deputy Clerk

3

4