**LOMURRO, MUNSON, LLC**
**Andrew Broome, Esq. ID #: 381142021**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
*Attorneys for Defendant Digital Safety Products, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV AND WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>DIGITAL SAFETY PRODUCTS, LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. 3:24-cv-4141<br><br>[Previously pending in the Superior Court of New Jersey, Law Division, Middlesex County, MID-L-814-24]<br><br>**NOTICE OF APPEARNCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |

PLEASE TAKE NOTICE that the undersigned, Andrew Broome of Lomurro Munson, LLC, hereby appears on behalf of Defendant Digital Safety Products, LLC. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the

1

address given below.

Dated: April 4, 2024

                                Respectfully submitted,

                                LOMURRO, MUNSON, LLC
                                Attorneys for Defendant
                                Digital Safety Products, LLC.

                                By:  */s/Andrew Broome, Esq.*
                                     Andrew Broome, Esq

                                   Andrew Broome, Esq
                                   abroome@lomurrolaw.com
                                   NJ Atty ID: 381142021
                                   Monmouth Executive Center
                                   4 Paragon Way, Suite 100
                                   Freehold, New Jersey 07728
                                   (732) 414-0300

2