UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**               **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell       **DOCKET #**   CV 24-4141 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
        v.
DIGITAL SAFETY PRODUCTS, LLC

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE



Time  commenced:   3:08  PM                Time Adjourned: 3:10 PM

Total:  2 minutes


                                    s/ *David Bruey*
                                    **DEPUTY CLERK**