

4 Paragon Way • Suite 100
Freehold NJ • 07728
(732) 414-0300 • Fax (732) 431-4043

WWW.LOMURROLAW.COM

**Eric H. Lubin**  elubin@lomurrolaw.com
Direct Dial (732) 414-0311

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

```
    RE:  Atlas Data Privacy Corp. v. Civil Data Research, LLC
         Civil Action No.: 24-4143
    RE:  Atlas Data Privacy Corp. V. Digital Safety Products, LLC,
         et al.
         Civil Action No: 24-4141
    RE:  Atlas Data Privacy Corp v. Scalable Commerce, LLC, National
         Data Analytics, LLC, et al.
         Current Docket No.: CV 24-4160 (HB)
```

Dear Judge Bartle:

    I represent the Defendants in the above referenced matters. Please allow this letter to confirm Defendants in the above reference matters are joining the consolidated motion to dismiss filed today. Thank you.

                                      Respectfully submitted,

                                      /s/ Eric H. Lubin

                                      ERIC H. LUBIN

EHL/kjs
Enclosures