UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** FRANCESCA DI BELLA

**TITLE OF CASE:**  **DOCKET NO.:** 24-4141 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DIGITAL SAFETY PRODUCTS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:16a.m.   Time Adjourned: 10:18a.m.   Total Time in Court: 0:02