UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

                                                  **DATE OF PROCEEDING**:   March 24, 2026

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   META GODDARD

**TITLE OF CASE:**                           **DOCKET NO.:** 24-4141 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
DIGITAL SAFETY PRODUCTS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                                                          s/Lawrence Macstravic
                                                          Deputy Clerk

Time Commenced: 11:24a.m.     Time Adjourned: 11:26a.m.     Total Time in Court: 0:02