UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                     **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Megan McKay-Soule

**TITLE OF CASE:**                     **DOCKET:** 1:24-cv-4141 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
DIGITAL SAFETY PRODUCTS, LLC

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:   10:52 a.m.
Total Time: 1 Minute

                                        s/ Ivannya Fitzgerald
                                        **Deputy Clerk**